```
UNITED STATES DISTRICT COURT
 FOR THE MIDDLE DISTRICT OF FLORIDA
            TAMPA DIVISION
```

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
v.                              )       **CASE NO.: 8:10-CV-63-T-33EAJ**
                                )
OBED VELEZ,                     )
                                )       **DEFAULT FINAL JUDGMENT**
          Defendant.            )
                                )

    This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment (Doc. # 6) against defendant, Obed Velez, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

    ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Default Judgment (Doc. # 6) is GRANTED and judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Obed Velez, upon the Complaint herein, and it is further

    ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Obed Velez, the sum of $7,648.44, consisting of $2,645.77 in unpaid principal, plus the amount of $5,002.67 in interest accrued through February 9, 2010, in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.00% per annum to the date of this judgment, together with the sum of $25.00 in taxed costs, and it is further

    ORDERED AND ADJUDGED that this judgment shall bear interest at the

rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers, in Tampa, FL, this 11th day of February, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq.(Two Certified Copies)
    Obed Velez, Pro Se